UNITED STATES DISTRICT COURT
DISTRICT Of MINNESOTA
Civil No. 15-cv-594 (DSD/HB)

RHONDA FLEMING,

      Plaintiff,

      v.

MEDICARE FREEDOM OF INFORMATION
GROUP,
HUGH GILMORE,                                              **DECLARATION OF**
VENDETTA DUTTON,                                         **HUGH GILMORE**
MARY JANE COLLARD,
DEPARTMENT OF JUSTICE,
SUSAN GERSON,
ALBERT A. BALBONI,
OTHER UNKNOWN DOJ OFFICIALS
ALL IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES,

      Defendants.

1.  I, Hugh Gilmore, make the following declaration pursuant to 28 U.S.C. § 1746.

2.  I am named as a defendant in the above-entitled action.  I have not been served with the summons and complaint in this matter, and do not by means of this declaration mean to enter any form of appearance.  I am making this declaration only in support of the United States' motion to change venue.

3.  At the time of the plaintiff's alleged request for records pursuant to 5 U.S.C. § 552 et. seq., ("FOIA") I was the Director for the Department of Health and Human Services'

Centers of Medicare and Medicaid Services, Freedom of Information Group, identified above as "Medicare Freedom of Information Group".

4. The Division of Freedom of Information is charged with responding to FOIA requests directed to the Centers for Medicare and Medicaid Services.

5. My duties include responding to requests under the Freedom of Information Act (FOIA) for records of the Department's Office of the Secretary and for records of more than one of the Department's primary operating components.  My duties include determining whether to release or withhold records or portions of records in accordance with the FOIA and the HHS regulations implementing the FOIA

6. To the best of my knowledge information and belief, none of the records requested by the Plaintiff in this case may be found in the District of Minnesota but probably would be found in the Centers for Medicare and Medicaid Services Regional Office VI in Dallas.

7.  I do not reside in or near the District of Minnesota.

Dated:  May 22, 2015                                          s/ Hugh Gilmore
                                                             Hugh Gilmore