UNITED STATES DISTRICT COURT
DISTRICT Of MINNESOTA
Civil No. 15-594 (DSD/HB)

RHONDA FLEMING,

    Plaintiff,

    v.

MEDICARE FREEDOM OF INFORMATION GROUP,
HUGH GILMORE,
VENDETTA DUTTON,
MARY JANE COLLARD,
DEPARTMENT OF JUSTICE,
SUSAN GERSON,
ALBERT A. BALBONI,
OTHER UNKNOWN DOJ OFFICIALS
ALL IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,

    Defendants.

**DECLARATION OF ALBERT A. BALBONI**

1. I, Albert A. Balboni, make the following declaration pursuant to 28 U.S.C. § 1746.

2. I am named as a defendant in the above-entitled action. I have not been served with the summons and complaint in this matter, and do not by means of this declaration mean to enter any form of appearance. I am making this declaration only in support of the United States' motion to change venue.

3. I am an Assistant United States Attorney in the Southern District of Texas.

4. I am the prosecutor assigned to represent the United States in the matter of <u>United States v. Rhonda Fleming</u> (4:07-cr-00513-1), the criminal matter relating to which the

plaintiff in this case has made certain requests pursuant to 5 U.S.C. 552 et. seq. The matter was tried in the Southern District of Texas, and all exhibits remain in the Southern District of Texas.

5. To the best of my knowledge information and belief, none of the records requested by the Plaintiff in this case may be found in the District of Minnesota.

6. I do not reside in or near the District of Minnesota.

Dated: May 22, 2015                                  s/ Albert A. Balboni
                                                                                   Albert A. Balboni